

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00634-CV

**IN THE INTEREST OF A.C.** and A.S.L.C., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-02031
Honorable Charles Montemayor, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Because appellant is indigent, no costs are assessed.

SIGNED February 5, 2025.

_____
Lori Massey Brissette, Justice